WASHINGTON MUTUAL BANK, F.A. *v.* ROBERT J. WALPUCK ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 32614) is denied.

*Robert J. Walpuck*, pro se, in support of the petition.

Decided January 13, 2011

IN RE JUSTIN F.

IN RE HAILEE L.

The petition by the respondent parents for certification for appeal from the Appellate Court (AC 32615) is dismissed.

*Kimberly L.*, pro se, and *Anthony L.*, pro se, in support of the petition.

Decided January 13, 2011